UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      No. 10-285

ANDRE HARRIS.                               SECTION: "J"

**ORDER**

Before the Court is a *Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255* **(R. Doc. 184)** filed by defendant Andre Harris. Harris argues that he was sentenced pursuant to 18 U.S.C. § 924(c)'s residual clause. He argues that he was not convicted of a numerated offense of 18 U.S.C. § 924(c), but rather the Court relied upon 18 U.S.C. § 924(e)'s residual clause in imposing his sentence, and that the Supreme Court's decision in *Johnson v. United States* mandates that he be resentenced without an enhancement. In *Johnson v. United States*, the Supreme Court determined that 18 U.S.C. § 924(e)'s residual clause was unconstitutionally vague. 135 S. Ct. 2551. However, Harris was found guilty pursuant to 18 U.S.C. § 924(c)(1)(A) for possession of a firearm in furtherance of a drug trafficking crime. (R. Doc. 99.) Because Harris was not sentenced pursuant to 18 U.S.C. § 924(e)'s residual clause, *Johnson v. United States* is inapplicable, and Harris's motion to vacate must be **DENIED**. [1]

---

[1] While Harris possessed a firearm in furtherance of a drug trafficking crime, and an increase of two offense levels is generally warranted under U.S.S.G. §

New Orleans, Louisiana this 24th day of May, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

2D1.1(b)(1), because he was convicted of an 18 U.S.C. § 924(c) offense Harris did not receive a base level increase for possession of the firearm. *See* U.S.S.G. § 2K2.4.